UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN 28 A 8:22

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: CR205-25 |
| ) | |
| GENE MIDDLETON ) | |

## O R D E R

In accordance with the Court's instructions at the arraignment in this case, all pretrial motions are to be filed within 10 days of the date of arraignment. The opposing party shall have 10 days to respond to any motion.

Pretrial motions received by the Clerk outside the required period shall not be filed without leave of Court. Untimely motions will not be considered absent a showing of good cause for failure to file within the time set by the Court.

Counsel are instructed to file all requests to charge and proposed voir dire questions at least seven (7) days before jury selection.

**SO ORDERED** this 28th day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

# Confirmation Report - Memory Send

Page     : 001
Date & Time: 28-Jun-2005  01:19pm
Line 1   : 9122801331
Machine ID : United States District Court

| | | |
|---|---|---|
| Job number | : | 961 |
| Date | : | 28-Jun 01:19pm   USA |
| To | : | 819126524388 |
| Number of pages | : | 001 |
| Start time | : | 28-Jun 01:19pm |
| End time | : | 28-Jun 01:19pm |
| Pages sent | : | 001 |
| Status | : | OK |
| Job number | : 961 | \*\*\* SEND SUCCESSFUL \*\*\* |

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 JUN 28 A 8:22
CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA )
v. ) Case No.: CR205-25
GENE MIDDLETON )

### ORDER

In accordance with the Court's instructions at the arraignment in this case, all pretrial motions are to be filed within 10 days of the date of arraignment. The opposing party shall have 10 days to respond to any motion.

Pretrial motions received by the Clerk outside the required period shall not be filed without leave of Court. Untimely motions will not be considered absent a showing of good cause for failure to file within the time set by the Court.

Counsel are instructed to file all requests to charge and proposed voir dire questions at least seven (7) days before jury selection.

SO ORDERED this 28th day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

# Confirmation Report - Memory Send

Page : 001
Date & Time: 28-Jun-2005 01:22pm
Line 1 : 9122801331
Machine ID : United States District Court

| | |
|---|---|
| Job number | : 962 |
| Date | : 28-Jun 01:21pm |
| To | : ☎819125452505 |
| Number of pages | : 001 |
| Start time | : 28-Jun 01:21pm |
| End time | : 28-Jun 01:22pm |
| Pages sent | : 001 |
| Status | : OK |
| Job number | : 962 |

*Richard Phillips*

\*\*\* SEND SUCCESSFUL \*\*\*

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 JUN 28 A 8 22
CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.                                    Case No.: CR205-25

GENE MIDDLETON

## ORDER

In accordance with the Court's instructions at the arraignment in this case, all pretrial motions are to be filed within 10 days of the date of arraignment. The opposing party shall have 10 days to respond to any motion.

Pretrial motions received by the Clerk outside the required period shall not be filed without leave of Court. Untimely motions will not be considered absent a showing of good cause for failure to file within the time set by the Court.

Counsel are instructed to file all requests to charge and proposed voir dire questions at least seven (7) days before jury selection.

SO ORDERED this 28th day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

IN RE: U.S.A. v. GENE MIDDLETON    CASE NO:    CR205-25

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1: Pursuant to instructions from the Court, and in the performance of my official duties, I personally placed in the U. S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the person, parties or attorneys named below; and

2: That the aforementioned envelope(s) contained a copy of the document dated June 28, 2005, which is part of the official records of this case.

Date of Mailing: June 28, 2005
Date of Certificate: June 28, 2005

SCOTT L. POFF, CLERK

By: _____

Deputy Clerk

Magistrate Judge Graham
Minutes

1. Richard D. Phillips, Esq., P. O. Box 69, Ludowici, GA 31316