# In the United States District Court for the Southern District of Georgia
## Brunswick Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 27   A 11: 39

CLERK
_____
    S.D. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| GENE MIDDLETON | : | NO. CR205-025 |

### O R D E R

Presently before the Court is Defendant's motion for leave of Court to raise additional grounds in support of his motion for a new trial. See Dkt. No. 52. Middleton requests fifteen (15) additional days after the preparation and filing of the transcript of the trial proceedings in the case within which to file supplemental grounds in support of his motion for a new trial. Without a transcript of the proceedings, Middleton asserts that he cannot recall his specific objections, or the particular rulings made by the Court during the trial. The Government has not responded to Middleton's motion. Defendant's motion is **GRANTED** as unopposed.

**SO ORDERED**, this ___27th___ day of October, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)